

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2013

No. 04-13-00082-CV

**RYDER INTEGRATED LOGISTICS, INC.** and Ryder Integrated Logistics of Tex., LLC,
Appellant

v.

**FAYETTE COUNTY,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-03779
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

This is an accelerated appeal. Appellee's motion for extension of time to file its brief is GRANTED. Appellee's brief is due May 22, 2013. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court